UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **TOMMY LEE WILSON #077598,** **Petitioner** | **CIVIL DOCKET NO. 5:19-CV-00845** **SEC P** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **DARRYL VANNOY,** **Respondent** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 16), and after a *de novo* review of the record, including the Objection filed by Petitioner (ECF No. 17), having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1) is DENIED and DISMISSED WITH PREJUDICE.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

THUS DONE AND SIGNED in Chambers, this 6th day of December, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE